**COMMONWEALTH of Pennsylvania**

v.

**The REAL PROPERTY AND IM-PROVEMENTS KNOWN AS 12534 CHILTON ROAD PHILADELPHIA, PA 19154**

**Petition of: Commonwealth of Pennsylvania**

**No. 659 EAL 2015**

Supreme Court of Pennsylvania.

June 16, 2017

## ORDER

PER CURIAM

**AND NOW,** this 16th day of June, 2017, this petition for allowance of appeal is hereby **GRANTED,** the order of the Commonwealth Court is **VACATED,** and the

matter is **REMANDED** to the Commonwealth Court to remand to the trial court for reconsideration in light of this Court's decision in *Commonwealth v. 1997 Chevrolet*, 160 A.3d 153, 2017 WL 2291733 (Pa. 2017).